169 A.3d 987

CHEROKEE LCP LAND, LLC AND LINDEN 587, LLC, PLAIN-TIFFS-PETITIONERS, v. CITY OF LINDEN PLANNING BOARD, GOODMAN NORTH AMERICAN PARTNERSHIP HOLDINGS, LLC, AND LINDEN PROPERTY HOLDINGS, LLC, DEFENDANTS-RESPONDENTS.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003614-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

169 A.3d 988

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. J.V.P., JR., DEFENDANT-PETITIONER.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004862-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.